**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Filiberto CHACON–MEDINA,
Defendant–Appellant.**

No. 00–50338.
D.C. No. CR–99–02918–IEG.

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2001.[1]

Decided March 28, 2001.

Before WALLACE, SILVERMAN and W. FLETCHER, Circuit Judges.

MEMORANDUM [2]

Filiberto Chacon–Medina appeals his 70–month sentence imposed following a guilty plea for being an alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. We dismiss for lack of jurisdiction.

Chacon–Medina contends that the district court erred by refusing to depart downward based on sentencing disparity. The district court stated that it declined to depart. Accordingly, we lack jurisdiction over this appeal. *See United States v. Tucker,* 133 F.3d 1208, 1214 (9th Cir.1998) (stating that a district court's discretionary

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the

refusal to depart from the Guidelines is not reviewable on appeal).

DISMISSED.

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

